■ We find the evidence sufficient to support the verdict.

■ Appellant complains of the action of the court in overruling his motion for a continuance upon the ground that he did not have time to interview the witness and prepare for trial. Appellant was placed in jail charged by complaint with the offense on March 18, 1953, and the indictment was returned on June 24. His father and brother contacted an attorney on June 29; he was released on bond on June 30; and the cause proceeded to trial on July 8, 1953. An application for a continuance of this nature is addressed to the discretion of the trial court and his action thereon is binding on this Court unless an abuse of discretion is shown. Williams v. State, 148 Tex.Cr.R. 427, 187 S.W.2d 667.

■ By informal bills of exception, appellant complains of the testimony of the small girls concerning their complaint to the librarian and their statements to each other concerning appellant's conduct in the library. An examination of the statement of facts reveals that part of this evidence

was res gestae and that at other times testimony of the same nature was introduced without objection, thus no error is shown.

Finding no reversible error, the judgment of the trial court is affirmed.

**Leona HENDERSON, appellant**

v.

**STATE of Texas, appellee.**

No. 26848.

Court of Criminal Appeals of Texas.

Jan. 20, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The offense is misdemeanor theft; the punishment, ten days' confinement in jail.

Appellant has filed her affidavit stating that she desires her appeal in this case dismissed.

Accordingly, the appeal is dismissed.

Opinion approved by the Court.